AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

| United States of America | ) |
|---|---|
| v. | ) |
| Donald SIMONTON | ) Case No. 3:22MJ-26 |
| Defendant(s) | ) |

FILED
JAMES J. VILT JR,
CLERK
1/14/2022
U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of January 12, 2022 in the county of Jefferson in the Western District of Kentucky, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §111 | Assaulting, Resisting, or Impeding Certain Officers or Employees |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Lauren Viup, Special Agent ATF
*Printed name and title*

Subscribed and sworn to before me by telephone in accordance with Fed. R. Crim. P. 4.1.

Date: January 14, 2022

City and state: Louisville, Kentucky

Colin H Lindsay, Magistrate Judge
United States District Court
*Printed name and title*

Print   Save As...   Attach   Reset