

# Case Assignment
# Standard Criminal Assignment

Case number **3:22CR-6-DJH**

Assigned : Judge David J. Hale
Judge Code : 4415

Assigned on 1/19/2022 11:45:16 AM
Transaction ID: 64546

[ Request New Judge ]   [ Return ]