UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA            PLAINTIFF

v.            Criminal Action No.: 3:22-CR-6-DJH

DONALD A. SIMONTON            DEFENDANT

## NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney Alicia P. Gomez hereby enters her appearance of record on behalf of the United States of America.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

*Alicia P. Gomez*
Alicia P. Gomez
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
Phone: (502) 582-6326
Email: alicia.gomez@usdoj.gov

FILED
JAMES J. VILT, JR. - CLERK
JAN 19 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY