UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                  PLAINTIFF

v.                                                                              CRIMINAL NO. 3:22-CR-6-DJH

DONALD SIMONTON                                                                          DEFENDANT

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
*Electronically Filed*

Petitioner, United States of America, by counsel, Alicia P. Gomez, Assistant United States Attorney for the Western District of Kentucky, respectfully shows to this Honorable Court that Donald A. Simonton, is now confined in the Louisville Metro Department of Corrections, Louisville, Kentucky, under authority of the Director, and in accordance with the laws thereof, having pending charges of an offense against the laws of the State of Kentucky by virtue of which the Director of said Louisville Metro Department of Corrections, now holds the said Donald A. Simonton.

Your petitioner avers that a criminal proceeding is now pending in the United States District Court for the Western District of Kentucky, at Louisville, Kentucky, charging him with violations of Title 18, United States Code, Sections 111(a)(1) and (b), and 924(c)(1)(A)(iii), and which action will be called for an Arraignment Hearing before this Honorable Court on February 25, 2022, at 10:00 a.m., in Louisville, Kentucky.

WHEREFORE, your petitioner prays that this Honorable Court forthwith order a writ of habeas corpus ad prosequendum to issue from this Court to the United States Marshal for the Western District of Kentucky, and Louisville Metro Department of Corrections, Louisville,

Kentucky, requiring them to produce the body of the said Donald A. Simonton on or before the 25th of February, 2022, at 10:00 a.m., at Louisville, Kentucky, and to remain in federal custody until final resolution of this case, for the purpose of defending, if he wishes, against said prosecution.

          Respectfully submitted,

          MICHAEL A. BENNETT
          United States Attorney

          /s/ Alicia P. Gomez
          Alicia P. Gomez
          Assistant U.S. Attorney
          717 West Broadway
          Louisville, Kentucky 40202
          PH: (502) 582-6326
          alicia.gomez@usdoj.gov