UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v. | CRIMINAL NO. 3:22-CR-6-DJH |
| DONALD SIMONTON | DEFENDANT |

**WRIT OF HABEAS CORPUS**
**AD PROSEQUENDUM**
-Electronically Filed-

TO THE UNITED STATES MARSHAL FOR THE WESTERN DISTRICT OF KENTUCKY,

AND THE WARDEN OF LOUISVILLE METRO DETENTION CENTER GREETINGS:

We command that you have the body of Donald A. Simonton now detained in Louisville Metro Detention Center in Louisville, Kentucky under your custody as it is said, under safe and secure conduct on or before the February 25, 2022, at 10:00 a.m., at Louisville, Kentucky courtroom, for appearance before the Judge of our District Court within and for the District aforesaid, and to remain in federal custody until final resolution of this case, for the purpose of defending, if he wishes, charges against him now pending in this Court, and after conclusion of said cause, that you return him to the said Louisville Metro Detention Center in Louisville, Kentucky under safe and secure conduct, and have you then and there this writ.

January 21, 2022

cc: United States Attorney (APG)
Counsel for defendant
United States Marshal

**David J. Hale, Judge**
**United States District Court**