UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CRIMINAL ACTION NO. 3:22-CR-00006-DJH
*(Electronically Filed)*

UNITED STATES OF AMERICA                                                                    PLAINTIFF

V.

DONALD A. SIMONTON                                                                          DEFENDANT

\* \* \* \* \* \* \* \* \*

**NOTICE OF ENTRY OF APPEARANCE**

Please take note that the undersigned counsel does enter his appearance as counsel on behalf of Defendant Donald A. Simonton.

>Respectfully submitted,
>
>*/s/ Michael L. Goodwin*
>MICHAEL L. GOODWIN
>600 West Main Street, Suite 100
>Louisville, Kentucky 40202
>502-584-7622
>michaellgoodwin@me.com

**CERTIFICATE OF SERVICE**

On February 24, 2022, I electronically filed this document through the ECF system, which will send a notice of electronic filing to all counsel of record.

>*/s/ Michael L. Goodwin*
>MICHAEL L. GOODWIN