UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CRIMINAL ACTION NO. 3:22-CR-6-DJH

**UNITED STATES OF AMERICA,**                                                                   **PLAINTIFF**

v.

**DONALD A. SIMONTON,**                                                                             **DEFENDANT**

### **ORDER**

Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and orders it to do so. Failing to do so in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court.

                                                            *Regina S. Edwards, Magistrate Judge*
                                                            United States District Court

                                                                         February 25, 2022

cc: Counsel of record