UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                                              CRIMINAL ACTION NO.:  3:22-CR-6-DJH

DONALD A. SIMONTON                                                                      DEFENDANT

## MOTION FOR ENTRY OF PROTECTIVE ORDER GOVERNING DISCOVERY
*(Electronically filed)*

Pursuant to Fed. R. Crim. P. 16(d), the United States of America, by Alicia P. Gomez, Assistant United States Attorney for the Western District of Kentucky, moves for the entry of a protective order governing discovery, and in support thereof states as follows:

1. The indictment in this case charges defendant with assaulting, resisting or impeding in violation of Title 18, United States Code, Section 111(a)(1) and (b), and using a firearm in relation to a crime of violence in violation of Title 18, United States Code, Section 924(c)(1)(A)(iii).

2. In accordance with its disclosure obligations under Fed. R. Crim. P. 16, the government intends to produce to defendant and defendant's counsel a copy of witnesses' recorded statements, and supporting documentation to assist them in evaluating the case.

3. The government requests this Court to direct that the release of any recordings, reports, and other materials that may be turned over in connection with this matter be subject to the conditions set forth in the proposed protective order. The need for a proposed protective order arises from the government's important interest in ensuring the safety of witnesses in this case.

WHEREFORE, the government respectfully moves this Court for an order directing that the audio and video recording and supporting documentation, which are being provided to defendant and defendant's counsel, be subject to a protective order as described above. The government also respectfully moves this Court to order that any other recordings, reports, and investigative materials that may subsequently be turned over in connection with this case be subject to the protective order. For the reasons set forth above, the government respectfully requests that this Court enter the proposed protective order.

    Respectfully submitted,

    MICHAEL A. BENNETT
    United States Attorney

    *s/Alicia P. Gomez*
    Alicia P. Gomez
    Assistant United States Attorney
    717 West Broadway
    Louisville, Kentucky 40202
    Tel - (502) 582-6326
    Fax- (502) 582-5097

CERTIFICATE OF SERVICE

On February 28, 2022, I electronically filed this document through the ECF system, which will send a notice of electronic filing to counsel of record.

    *s/Alicia P. Gomez*
    Assistant United States Attorney