UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**UNITED STATES OF AMERICA**                                                             **PLAINTIFF**

vs.                                                          **CRIMINAL ACTION NO. 3:22-CR-6-DJH**

**DONALD A. SIMONTON**                                                                   **DEFENDANT**

## ORDER

This matter came before the Court on March 1, 2022, in open Court for a detention hearing. The Defendant appeared in custody with Michael Goodwin, retained counsel. Assistant United States Attorney Alicia Gomez appeared on behalf of the United States. The proceeding was recorded by April Dowell, Court Reporter.

The Court heard witness testimony and arguments of counsel and for the reasons stated on the record,

**IT IS HEREBY ORDERED** that the defendant is released on a $25,000 unsecured bond with an order setting conditions of release.

March 16, 2022

*[Signature]*

Colin H Lindsay, Magistrate Judge
United States District Court

1|15