UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CRIMINAL ACTION NO. 3:22-CR-00006-DJH
*(Electronically Filed)*

UNITED STATES OF AMERICA                                                     PLAINTIFF

V.

DONALD A. SIMONTON                                                            DEFENDANT

\* \* \* \* \* \* \* \* \*

### DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL DATE

On February 25, 2022, Donald Simonton was arraigned for assaulting, resisting or impeding a federal officer, and use of a firearm in relation to a crime of violence. He was initially charged with state court charges of attempted murder of a police officer after law enforcement officers from Louisville Metro Police Department and the Special Response Team of the Bureau of Alcohol, Tobacco, Firearms and Explosives executed an search warrant and arrest warrant for Mr. Simonton's son, Dejuan Simonton. The warrants were executed at 6 am on January 12, 2022, at Donald Simonton's home, where his son was living while on federal release with home incarceration monitoring. When the law enforcement officers executed the warrants in the dark early morning hours, Mr. Simonton was asleep in bed with his longtime partner. The law enforcement agents broke down the front door of home, and fired a flash bang explosive into the home. Mr. Simonton's home had previously been shot up multiple times without any arrests made, and awakened by the noise of the individuals breaking into his home, Mr. Simonton

believed the same individuals were back again. Mr. Simonton stepped out of his bedroom to defend himself and his family. The officers shined bright lights up the stairs, blinding Mr. Simonton. He fired his lawfully possessed gun several times over the head of the unknown intruders.

The Jefferson County Grand Jury heard the evidence in this matter and returned no true bill on March 15, 2022.

This matter in this Court is currently scheduled for trial to begin on April 25, 2022.

The United States provided a significant amount of discovery last week, but numerous critical items are still outstanding. Undersigned counsel has reviewed the documents provided, but will need additional time to review the hours of video produced. The United States has also filed a motion for a protective order regarding discovery, the defendant has objected, and the matter is fully briefed. Counsel for United States has informed defense counsel that a considerable amount of additional discoverable materials will be produced once the court rules on the motion for a protective order.

Due to the considerable amount of discovery in this matter, some of which has not yet been produced, defense counsel needs additional time to prepare for trial. Mr. Simonton is not detained and agrees that additional time is necessary to prepare. Mr. Simonton waives his right to a speedy trial to accommodate this request. The ends of justice served by this delay outweighs the best interest of the public and the defendant in a speedy trial.

Undersigned counsel has spoken with counsel for the United States, AUSA Alicia Gomez, and the government does not oppose this motion.

WHEREFORE, the defendant respectfully requests this court reschedule the trial in this matter.

Respectfully submitted,

*/s/ Michael L. Goodwin*
MICHAEL L. GOODWIN
600 West Main Street, Suite 100
Louisville, Kentucky 40202
502-584-7622
michaellgoodwin@me.com

## CERTIFICATE OF SERVICE

On March 22, 2022, I electronically filed this document through the ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Michael L. Goodwin*
MICHAEL L. GOODWIN