UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Plaintiff, |
| v. | Criminal Action No. 3:22-cr-06-DJH |
| DONALD A. SIMONTON, | Defendant. |

\* \* \* \* \*

## **ORDER**

Defendant Donald A. Simonton, through counsel, has moved the Court to continue the trial of this matter currently set to begin on April 25, 2022, explaining that "[d]ue to the considerable amount of discovery in this matter, some of which has not yet been produced, defense counsel needs additional time to prepare for trial." (Docket No. 20, PageID # 55) The United States does not object to this request. (*Id.*, PageID # 56) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1) The defendant's unopposed motion to continue the trial in this matter (D.N. 20) is **GRANTED**. The trial currently set for April 25, 2022, is **REMANDED** from the Court's docket, to be reset by subsequent order.

(2) The telephonic status conference set for March 23, 2022 (*see* D.N. 18), is **REMANDED**.

(3) By agreement of the parties, this matter is **SET** for a telephonic status conference on **April 19, 2022, at 11:00 a.m.** Counsel for the parties shall connect to the telephonic status conference by dialing the toll-free number 1-877-402-9753 and entering the access code 9073187.

(4)     Pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv), and without objection, the Court finds that **the period of delay from February 25, 2022, to April 19, 2022, is excludable in computing the time within which the trial must commence under the Speedy Trial Act.**  The Court finds that the ends of justice served by this delay outweigh the best interests of the public and the defendant in a speedy trial because failure to grant such a continuance would deny both the attorney for the government and counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  *See* § 3161(h)(7)(B)(iv); *Zedner v. United States*, 547 U.S. 489 (2006).  This continuance is not being granted "because of general congestion of the court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government." § 3161(h)(7)(C).

March 24, 2022

David J. Hale, Judge
United States District Court