UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                        PLAINTIFF

v.                                              CRIMINAL ACTION NO.:   3:22-CR-6-DJH

DONALD A. SIMONTON                                              DEFENDANT

### REVISED MOTION FOR ENTRY OF PROTECTIVE
### ORDER GOVERNING DISCOVERY
*(Electronically filed)*

Pursuant to Fed. R. Crim. P. 16(d), the United States of America, by Alicia P. Gomez, Assistant United States Attorney for the Western District of Kentucky, moves for the entry of a protective order governing discovery, and in support thereof states as follows:

1.      The indictment in this case charges the defendant with assaulting, resisting or impeding in violation of Title 18, United States Code, Section 111(a)(1) and (b), and using a firearm in relation to a crime of violence in violation of Title 18, United States Code, Section 924(c)(1)(A)(iii).

2.      In accordance with its disclosure obligations under Fed. R. Crim. P. 16, the government has produced most of the discovery in this case to aid the defense in evaluating the case.

3.      The government has not produced a copy of the search warrant and the accompanying search warrant affidavit, which granted law enforcement the legal authority to enter the defendant's home. Nor has the government produced a copy of the neighborhood canvas recordings, and several reports of investigation which detail the information provided by the defendant's neighbors and witnesses.

4.      The United States seeks a protective order for the materials containing the contents of witness statements to help ensure the safety of witnesses by limiting the distribution of discovery to only those individuals who reasonably should have access to the material. The concern for safety of the witnesses arises from the criminal history and gang affiliation of the defendant's son, Dajuan Simonton, who is currently in jail on charges of murder and kidnapping. The defendant maintains regular contact with his son. The Market Street Gang, of which Dajuan Simonton is a member, is known for perpetuating violence in the city of Louisville. Hence, out of concern for the safety of witnesses and to protect witnesses from fear of retaliation for providing statements to law enforcement, the United States requests that the Court enter a protective order that restricts the dissemination of recordings of witness statements and reports and documents, which contain the contents of witness statements, to the defendant and defendant's counsel (defined as counsel of record in this case) to be used solely in connection with the defense of this case, and for no other purpose, and in connection with no other proceeding, without further order of this Court. Furthermore, the United States would request that the protective order also include the search warrant affidavits as they contain the statements of witnesses.

5.      Because the entry of a protective order would only place reasonable limitations on the distribution of discovery materials containing witness statements, the defendant is not prejudiced by the entry of the requested protective order.

WHEREFORE, the government respectfully moves this Court for an order directing that all of the discovery materials, which contain witness statements in any form (i.e., audio recorded or written), provided by the United States in preparation for, or in connection with, any stage of the proceedings in this case, be subject to a protective order as described above. The government also

respectfully moves this Court to order that any other recordings, reports, and investigative materials containing witness statements that may subsequently be turned over in connection with this case be subject to the protective order. For the reasons set forth above, the government respectfully requests that this Court enter the proposed protective order.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney


*s/Alicia P. Gomez*
 Alicia P. Gomez
 Assistant United States Attorney
 717 West Broadway
 Louisville, Kentucky 40202
 Tel - (502) 582-6326
 Fax- (502) 582-5097


<u>CERTIFICATE OF SERVICE</u>

On April 18, 2022, I electronically filed this document through the ECF system, which will send a notice of electronic filing to counsel of record.

*s/Alicia P. Gomez*
Assistant United States Attorney

3