NO. 22CR0070 JEFFERSON CIRCUIT COURT
DIVISION THREE
JUDGE MITCH PERRY

COMMONWEALTH OF KENTUCKY                                                                PLAINTIFF

VS.        COMMONWEALTH'S RESPONSE TO COURT'S
           ORDER OF DISCOVERY

RODERICK W. BUSH
DAJUAN ANTHONY SIMONTON                                                                 DEFENDANTS

\*\*    \*\*    \*\*    \*\*

TO:   Hon. Ryan J. Dischinger
      200 Advocacy Plaza
      719 West Jefferson Street
      Louisville, KY 40202
      rjdischinger@metrodefender.org
      (counsel for Roderick Bush)

      Hon. Rob Eggert
      600 West Main Street, Suite 200
      Louisville, KY 40202
      reggert@600mainlaw.com
      (counsel for Dajuan Simonton)

Comes the Commonwealth of Kentucky, by counsel, Elizabeth Jones Brown, Assistant Commonwealth's Attorney for the 30th Judicial Circuit of Kentucky, and in accordance with the Court's Pretrial Order of Discovery, states as follows:

1. RCr 7.24(1) - The Commonwealth is in possession of the recorded statement of the defendants made to Det. Rusty Holland on January 12, 2022, and those statements are being provided to defense counsel. Included in this filing is the autopsy report. The attorney for the Commonwealth is currently unaware of any oral incriminating statements having been made by the defendants to any witness other than those statements which may be included in the tendered

Filed   22-CR-000070-002   03/30/2022   David L. Nicholson, Jefferson Circuit Clerk
NOT ORIGINAL DOCUMENT
04/28/2022 11:53:15 AM
87313

discovery or disclosed in a prior hearing.  Should any statements or reports become known, they shall be promptly provided.

Copies of body camera video originated from officers are currently in the possession of the Commonwealth and are being provided to defense counsel.  They are being provided under the following subfolders: Initial Response (five videos), an address on N. 41st Street (ten videos), an address on S. 15th Street (eight videos), Canvass (eighteen videos), Interviews (eight videos), Lynnview Drive (four videos), Misc (four videos), and Steeplecrest (five videos).

2.  RCr 7.24(2) - Copies of all discoverable materials currently in the possession of the Commonwealth and consisting of 198 pages are being provided to defense counsel.  Each page is numbered sequentially in the bottom right-hand corner.  The Commonwealth is also in possession of and providing the 911 calls and associated documentation, photographs (2026 from LMPD and 174 from the medical examiner), scene videos (three), a folder with mapping information, another folder called Mapped Locations, a document containing Facetime records, a folder named Phone Records with twelve subfolders and five other documents, a folder named Photos-Video with nine subfolders, a folder named Search Warrants with eight subfolders, and a folder named Vehicles with two items inside.  Please notify the undersigned within 30 days of any discrepancies.  Any and all physical evidence may be examined by appointment with the undersigned.

**Due to the voluminous amount of Discovery materials, Discovery will be provided to counsel upon receipt of one 512GB flash drive.**

Additionally, the Commonwealth intends to introduce certified copies of the defendant's prior criminal convictions during the sentencing portion of the trial.  All of the documents relating to the defendant's prior criminal convictions are of public record.  Furthermore, the above

Filed   22-CR-000070-002   03/30/2022   David L. Nicholson, Jefferson Circuit Clerk

RMBD : 000002 of 000004

Filed    22-CR-000070-002    03/30/2022    David L. Nicholson, Jefferson Circuit Clerk
NOT ORIGINAL DOCUMENT
04/28/2022 11:53:15 AM
87313

documents are available for inspection or copying by appointment with the undersigned. You should be aware that additional documents, if any, may be contained in the defendant's juvenile court file.

3. RCr 7.24(3) - The Commonwealth requests reciprocal discovery of any and all items listed in the Court's Order of Discovery.

4. RCr 7.26 - All written or recorded witness statements currently known to the attorney for the Commonwealth, if any, are included in the previously numbered documents in paragraph 2 or provided to defense counsel as noted in this discovery response.

5. RCr 6.22 - For its Response to the Court's Order for a Bill of Particulars, the Commonwealth states as follows:

On September 7, 2021, in Jefferson County, Kentucky, the defendants Bush and Simonton, along with others, kidnapped Jermaine Sprewer and demanded money for his safe return. The group moved Mr. Sprewer to several locations, shot him numerous times until he was deceased, and left his body with his hands bound near the boat docks at 4501 W. Broadway.

6. RCr 6.22 and 7.24 - This shall serve as the Commonwealth's written response to the Court's Order of Discovery. Any and all additional discoverable materials which come within the knowledge or possession of the Commonwealth will be disclosed as required by the Court's Order.

7. RCr 5.16(3) - A recording of the Grand Jury testimony is available upon written request to the Secretary for the Grand Jury.

8. Exculpatory Evidence - The attorney for the Commonwealth acknowledges a continuing duty to disclose all exculpatory evidence coming within their knowledge or possession.

9. The Commonwealth intends to introduce any and all crimes, wrongs, acts, and/or incidents contained in all forms of discovery tendered, including video and audio, in its

Filed    22-CR-000070-002    03/30/2022    David L. Nicholson, Jefferson Circuit Clerk

Filed        22-CR-000070-002        03/30/2022        David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
04/28/2022 11:53:15 AM
87313

case-in-chief. To the extent any and all such crimes, wrongs, acts, and/or incidents contained in discovery may be characterized as evidence falling under KRE 404(b), the Commonwealth hereby gives NOTICE PURSUANT TO KRE 404(c) of its intent to introduce same. See Matthews v. Commonwealth, 163 S.W.3d 11 (2005); Walker v. Commonwealth, 52 S.W.3d 533, 538 (Ky 2001); Tamme v. Commonwealth, 973 S.W.2d 13, 31 (Ky 1998); Bowling v. Commonwealth, 942 S.W.2d 293, 300 (Ky 1997).

    Respectfully submitted,

    THOMAS B. WINE
    Commonwealth's Attorney

    */s/ Elizabeth Jones Brown*
    ELIZABETH JONES BROWN
    Assistant Commonwealth's Attorney
    514 West Liberty Street
    Louisville, Kentucky 40202
    (502) 595-2300 Fax (502) 595-4650
    ejonesbrown@louisvilleprosecutor.com

## CERTIFICATION

    A copy of the foregoing response was electronically filed with the court and electronically filed and/or e-mailed to counsel on the 30th day of March, 2022, and the discovery materials associated with this response will be sent to counsel at the above address.

    */s/ Elizabeth Jones Brown*
    ELIZABETH JONES BROWN
    Assistant Commonwealth's Attorney

RMBD : 000004 of 000004

Filed        22-CR-000070-002        03/30/2022        David L. Nicholson, Jefferson Circuit Clerk