UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CRIMINAL ACTION NO. 3:22-CR-00006-DJH
*(Electronically Filed)*

UNITED STATES OF AMERICA                                                                 PLAINTIFF

V.

DONALD A. SIMONTON                                                                        DEFENDANT

\* \* \* \* \* \* \* \* \*

### DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL DATE

Comes Defendant, Donald Simonton, by counsel, Michael L. Goodwin, and respectfully moves this Court to continue the trial date in this matter. Last week, the government provided supplemental discovery which had recently come into its possession. The supplemental items include body camera footage which indicates that their may be Ring doorbell camera footage from neighbors depicting the incident herein, as well as additional interviews of the neighbors by officers from the Louisville Metro Police Department. Counsel for the United States was not previously aware of the existence of these items, and is trying to locate the items.

The parties have discussed the possible outstanding discoverable materials, and how it may impact possible resolution of this matter, and agree that additional time is necessary to locate the items, provide them in discovery, and either prepare for trial or resolve the charges.

Counsel for the United States agrees that additional time is necessary here, and does not object to this motion for a continuance.

Mr. Simonton is not detained and requests additional time to review the outstanding items and prepare for trial.

Mr. Simonton waives his right to a speedy trial to accommodate this request. The ends of justice served by this delay outweighs the best interest of the public and the defendant in a speedy trial.

WHEREFORE, the defendant respectfully requests this Court reschedule the trial in this matter.

> Respectfully submitted,
>
> */s/ Michael L. Goodwin*
> MICHAEL L. GOODWIN
> 600 West Main Street, Suite 100
> Louisville, Kentucky 40202
> 502-584-7622
> michaellgoodwin@me.com

## CERTIFICATE OF SERVICE

On August 8, 2022, I electronically filed this document through the ECF system, which will send a notice of electronic filing to all counsel of record.

> */s/ Michael L. Goodwin*
> MICHAEL L. GOODWIN