UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CRIMINAL ACTION NO. 3:22-CR-00006-DJH
*(Electronically Filed)*

UNITED STATES OF AMERICA											PLAINTIFF

V.

DONALD A. SIMONTON											DEFENDANT

* * * * * * * * * *

**ORDER**

Upon the unopposed motion of the defendant, and this Court being sufficiently advised,

IT IS HEREBY ORDERED that the defendant's motion to continue the trial in this matter is GRANTED. The trial currently scheduled to begin September 19, 2022 is rescheduled for a date to be set by subsequent order of the Court.

IT IS FURTHER ORDERED that the delayed between September 19, 2022 and the new court date is excluded from Speedy Trial Act calculation.