UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:22-cr-06-DJH

DONALD A. SIMONTON,     Defendant.

\* \* \* \* \*

## MEMORANDUM OF HEARING AND ORDER

A status hearing was held in this matter on September 26, 2022, with the following counsel participating:

> For the United States:     Alicia P. Gomez
>
> For Defendant:     Michael L. Goodwin

The defendant was present. The Court and counsel discussed the procedural posture of the case. Counsel reported that discovery from the United States is complete and reciprocal discovery is ongoing. Counsel also indicated that this matter is on track for trial. Based on the discussion during the conference, and without objection, it is hereby

**ORDERED** as follows:

(1) This matter is set for a final pretrial conference on **November 17, 2022, at 9:30 a.m.** at the Gene Snyder U.S. Courthouse in Louisville, Kentucky.

(2) The trial date and pretrial deadlines previously set in this matter remain in place. (Docket No. 33)

September 27, 2022

David J. Hale, Judge
United States District Court

Court Time: 00/05
Court Reporter: Dena Legg
cc:     Jury Administrator

1