UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CRIMINAL ACTION NO. 3:22-CR-00006-DJH
*(Electronically Filed)*


UNITED STATES OF AMERICA                                                  PLAINTIFF

V.

DONALD A. SIMONTON                                                        DEFENDANT

## **AGREED ORDER**

With the parties being in agreement that additional time is necessary to pursue

possible resolution of this matter and prepare a pretrial disclosures in this matter, and this

Court being sufficiently advised,

IT IS HEREBY ORDERED that the date for filing the items in paragraph 5 of this

Court's Memorandum of Conference and Order (DN 33, issued August 30, 2022),

including the trial memorandum, proposed jury instructions, proposed voir dire questions,

brief statement of the case, premarked exhibits and exhibit list, and a proposed witness

list, shall be changed to indicate the items shall be filed no later than November 7, 2022.


_____
DAVID J. HALE, JUDGE


HAVE SEEN AND AGREED:

/s/Michael L. Goodwin_____          /s/ Alicia Gomez_____
MICHAEL L. GOODWIN                    ALICIA GOMEZ
Counsel for Defendant                 Assistant United States Attorney


1