UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CRIMINAL ACTION NO. 3:22-CR-00006-DJH
*(Electronically Filed)*

UNITED STATES OF AMERICA                                                                 PLAINTIFF

V.

DONALD A. SIMONTON                                                                        DEFENDANT

**AGREED ORDER**

With the parties being in agreement that additional time is necessary to pursue possible resolution of this matter and prepare a pretrial disclosures in this matter, and this Court being sufficiently advised,

IT IS HEREBY ORDERED that the date for filing the items in paragraph 5 of this Court's Memorandum of Conference and Order (DN 33, issued August 30, 2022), including the trial memorandum, proposed jury instructions, proposed voir dire questions, brief statement of the case, premarked exhibits and exhibit list, and a proposed witness list, shall be changed to indicate the items shall be filed no later than November 7, 2022.

October 28, 2022

David J. Hale, Judge
United States District Court

HAVE SEEN AND AGREED:

/s/Michael L. Goodwin                                    /s/ Alicia Gomez
MICHAEL L. GOODWIN                                ALICIA GOMEZ
Counsel for Defendant                                   Assistant United States Attorney

1