February 8, 2023

Dear Members of the Court

I am writing this letter to express my support for Donald Simonton, who is my cousin as well as my good friend.  Donald and I grew up together, and we frequently visited one another's house like so many of our relatives did.

Donald is of great character; kind, generous, and caring.  Donald has not only cared for his immediate family, but has helped our entire extended family and friends.  Over the course of our lives, I have witnessed Donald giving his younger nieces and nephews money to help with school supplies and school field trips.  Donald would also mow and cut their neighbors' lawn & hedges.  His helpful gestures did not stop, Donald would wash and wax cars for many people, until the cars would shine like new money!  These are just a few of the many kind gestures that he performed for many people. And his helpfulness was always valued and appreciated  by his family and friends.

Donald has a solid support system that loves and cares for him and that he has always shown love and respect for.  His support circle is ready to help him in any way they can, because Donald has always supported them also.

Like stated earlier, Donald is kind, caring, and a genuinely good person who will do whatever he can for others.  I am happy to provide a glimpse into Donald's life to let the court know that he is a very good person who cares for the well-being of all people!  And I am proud to call him my cousin and my friend!

Sincerely,

Helen Swain, MSW & M.Ed

Email: hmswai1@yahoo.com

Phone: (502) 648-2600