UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                Plaintiff,

v.                                                      Criminal Action No. 3:22-cr-06-DJH

DONALD A. SIMONTON,                                                      Defendant.

* * * * *

## MEMORANDUM OF HEARING AND ORDER

This matter came before the Court for a sentencing hearing on February 27, 2023, with the following counsel participating:

For the United States:      Alicia P. Gomez

For Defendant:              Michael L. Goodwin

The defendant was present.  After hearing argument and with careful deliberation, the Court rejected the plea agreement for the reasons stated on the record.  *See* Fed. R. Crim. P. 11(c)(5). Pursuant to the requirements of Rule 11(c)(5), the Court informed Defendant Donald A. Simonton that it rejected the plea agreement; that he would be given an opportunity to withdraw his guilty plea; and that if the guilty plea was not withdrawn, the Court may dispose of the case less favorably toward the defendant.  Based on the discussion during the hearing, and the Court being otherwise sufficiently advised, it is hereby

ORDERED that this matter is **SET** for a status hearing on **March 13, 2023, at 11:30 a.m.** at the U.S. Courthouse in Louisville, Kentucky.  Should the parties wish to convert the hearing to another sentencing hearing, they should give notice to the Court on or before March 9, 2023.

February 27, 2023

**David J. Hale, Judge**
**United States District Court**

Court Time: 00/30
Court Reporter: Dena Legg

1